

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 20, 2021**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 21-42214 |
| INSTAPAY FLEXIBLE, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |

**ORDER GRANTING REQUEST FOR EMERGENCY**
**CONSIDERATION OF CERTAIN "FIRST DAY" MATTERS**

CAME ON FOR CONSIDERATION the *Request for Emergency Consideration of Certain "First Day" Matters* [Docket No. 6] (the "**Motion**") filed by Flexible Funding Ltd. Liability Co. (the "**Debtor**"). Pursuant to the Motion, the Debtor requests an emergency hearing on the following motions:

(1) Debtors' Motion for Entry of an Order Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of Cases for Procedural Purposes Only [Docket No. 4] (the "**Joint Administration Motion**"); and

(2) Debtors' Emergency Motion for Entry of Interim and Final Order Authorizing the Use of Cash Collateral and Granting Adequate Protection [Docket No. 5] (the "**Cash Collateral Motion**").

Upon consideration of the Motion, the Court finds that the relief requested is warranted and in the best interests of the Debtor, its estate, and its creditors.  Therefore,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. A hearing will be conducted on the Joint Administration Motion and the Cash Collateral Motion on **Monday, September 20, 2021, at 2:15 p.m. (prevailing Central Time)**, before the Honorable Edward L. Morris, U.S. Bankruptcy Court.  The hearing will be conducted by WebEx videoconference at the following WebEx address:

https://us-courts.webex.com/meet/morris

Those who will **not** be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend in the WebEx telephonic only mode using the WebEx dial-in and meeting ID below:

**Dial-In: 1.650.479.3207**
**Meeting ID: 473 581 124**

3. Counsel for the Debtor is directed to provide telephonic notice of the hearing to all secured creditors who will be affected by the Cash Collateral Motion and to the Office of the United States Trustee and to otherwise provide notice of the hearing by the most expedient means to all other affected parties in interest.

**IT IS SO ORDERED.**

# # #   END OF ORDER   # # #