

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 20, 2021**

_____
**United States Bankruptcy Judge**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 CASES |
| | ) | |
| INSTAPAY FLEXIBLE, LLC, | ) | CASE NO. 21-42214-11-elm |
| | ) | |
| FLEXIBLE FUNDING LTD. LIABILITY CO., | ) | CASE NO. 21-42215-11-mxm |
| | ) | |
| DEBTORS. | ) | |
| | ) | |

**ORDER PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the Motion, dated September 20, 2021, (the "Motion") [Docket No. 4 in the Instapay chapter 11 case and Docket No. 4 in the Flexible chapter 11 case], of Instapay Flexible, LLC ("Instapay") and Flexible Funding Ltd. Liability Co. ("Flexible", and with Instapay, the "Debtors" or the "Companies"), as debtors and debtors in possession, for an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the Debtors' chapter 11 cases for procedure purposes only, all as more fully set forth in the

1

Motion; and it appearing that the Court has jurisdiction over this matter; and it appearing that due notice of the Motion has been provided and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interest of the Debtors and their estates and creditors; and upon all of the proceedings had before the court; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED,** that the above captioned cases be and hereby are, jointly administered by this Court for procedural purposes only and shall not be a substantive consolidation of the respective estates; and it is further

**ORDERED** that all orders, pleadings, papers and documents except proofs of claims shall be filed and docketed in the Flexible chapter 11 case, case number 21-42215-11-mxm (the "Lead Case"); and it is further

**ORDERED**, that in the event these cases have been assigned to separate judges, all cases shall be transferred to the judge of the Lead Case; and it is further

**ORDERED** that all proofs of claim shall be filed and docketed under the case number representing the estate in which the claim is made, and a creditor of more than one estate shall file and docket a proof of claim in each case to which a claim may be made, and only in the amount which the creditor may make a claim from that estate; and it is further

**ORDERED** that the Debtors shall each file their own Monthly Operating Reports ("MORs"); and it is further

**ORDERED** that the Debtors shall each file their own Schedules of Assets and Liabilities, Statement of Financial Affairs, and List of Equity Security Holders (collectively, the "Schedules"); and it is further

**ORDERED** that hearings in these jointly administered cases shall be joint hearings unless otherwise specified; and it is further

**ORDERED** that one disclosure statement and plan of reorganization may be (but is not required to be) filed for all of the Debtors' cases by any plan proponent; and it is further

**ORDERED** that all pleadings, papers, and documents, except proofs of claim, MORs, and Schedules filed in the jointly administered cases shall bear the caption of the jointly administered cases and shall be listed as shown in **Exhibit A** (attached); and it is further

**ORDERED** that the caption as shown in **Exhibit A** satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code; and it is further

**ORDERED** that a docket entry, substantially similar as shown in **Exhibit B** (attached), shall be entered on the docket of each of the Debtors to reflect the joint administration of these chapter 11 cases; and it is further

**ORDERED** that if pleadings, papers, and documents have been filed in any of the above captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been heard and decided, the party who filed the pleading, paper, or document shall (i) re-file that pleading, paper, or document in the Lead Case within three (3) business days of the entry of this Order, (ii) set the pleading, paper, or document for hearing before the judge assigned to the Lead Case, and (iii) notice the hearing to all appropriate parties; and it is further

**ORDERED** that counsel for the Debtors, shall serve a copy of this Order on the United States Trustee, all creditors, persons filing Notices of Appearance, and other parties-in-interest, and shall file a certificate of service with the Clerk of Court after completing service of this; and it is further

**ORDERED** that counsel for the Debtors shall file with the Clerk of the Court in the Lead Case a master service list of all known creditors, persons filing Notices of Appearance, and all known parties-in-interest in the jointly administered cases in the form prescribed by N.D. Tex. L.B.R. 1007-1; and it is further

**ORDERED** the Debtors are authorized to take all action necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

### End of Order ###

L:\JPROSTOK\Flexible Funding (C11) #6264\Pleadings\Order Granting Joint Administration (Final) 9.20.21.docx

# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| FLEXIBLE FUNDING LTD. LIABILITY CO., *et al.*,[1] | § § § | Case No. 21-42215-11-mxm |
| | § | |
| Debtors. | § | (Jointly Administered) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Flexible Funding Ltd. Liability Co. (4495) and Instapay Flexible, Inc. (7648).

## **EXHIBIT B**

An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Instapay Flexible, Inc. and Flexible Funding Ltd. Liability Co. The docket in Case No. 21-42215-11-mxm should be consulted for all matters affecting this case. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 21-42215-11-mxm.**